**SO ORDERED.**

TIFFANY & BOSCO
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: July 22, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16830

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-19081-RTB |
| Toni Lee Merritt | Chapter 7 |
| Debtor. | ORDER |
| U.S. Bank National Association, successor in interest to the Federal Deposit Insurance Corporation as receiver for the Downey Savings and Loan Association, F.A. | (Related to Docket #10) |
| Movant, | |
| vs. | |
| Toni Lee Merritt, Debtor, Eric M. Haley, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 19, 2003 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, successor in interest to the Federal Deposit Insurance Corporation as receiver for the Downey Savings and Loan Association, F.A. is the current beneficiary and Toni Lee Merritt has an interest in, further described as:

> Unit One Hundred Ninety-Nine (199), MARYLAND LAKES CONDOMINIUM, according to the Plat of Record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 262 of Maps, Page 34.
>
> Together with said apartments respective interest in and to the common areas and facilities, as set forth in Declaration of Horizontal Property Regime recorded February 22, 1984, as Document Number 84-70888, and in Amendment recorded April 3, 1984, as Document Number 84-138413, and Declaration of Annexation recorded as Document Number 84-138414; Amendment of Declaration of Annexation recorded February 7, 1987 as 87-063677, of Official Records and Per Map recorded as Book 332 of Maps, Page 2.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.